This document contains some pages that are of poor quality at the time of imaging.

5,314-07

CC: CLEO CHESTER McGREW JR.
TDCJ # 936545
3895 Fm 3514 - LeBlanc Unit-A-1-B
Beaumont, Texas 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 13 2015
Abel Acosta, Clerk

CC:
CLERK
MS. Sharon Mathis
District Clerk
Jackson County, Texas
115 W. Main - Room 203
Edna, Texas 77957-2793

March 26, 2015

YOU AND CC: CLERK
→ MS. LOUISE PEARON CLERK
COURT OF CRIMINAL APPELS
P.O. BOX-12308
CAPITol STATioN
AUSTIN, TEXAS-78711
512-463-1567/512-463-1597

RE: Trial Court Writ No. 07-3-7598A
Tex. Crim App. Writ No. (UNKNOWN)
Ex Parte Cleo Chester McGrew Jr.

Dear District Clerk Sharon Mathis:

Enclosed please find for filing in the above-reference styled and numbered habeas case, my pro se "Applicant's Motion for Copy of Court's Orders and State's Pleadings."

Also, please be advised that you never sent me by U.S. Mail or personnally delivered to me a copy this Court's Orders or the State's pleadings filed in the above-reference habeas case, and in accordance with your required ministerial duty to do so

(1)

pursuant to the provisions of Act. 11.07 § 7 of Texas Code of Criminal Procedure.

Furthermore, I hereby respectfully requests that the enclosed legal pleading be supplemented with the habeas record in the above-habeas case to the Clerk of the Texas Court of Criminal Appeals.

Thank you for your time and kindly assistance in these regards. God bless you and have a blessed day.

Sincerely, MS.

ccm/c.j.r.
CC: Robert E. Bell
District Attorney
Jackson Co., Tx.

(2)

WRIT NO. 07-3-7598A

EX PARTE

IN THE 24 TH JUDICIAL

DISTRICT COURT OF

CLEO CHESTER McGREW JR.

JACKSON COUNTY, TEXAS

<u>APPLICANT'S MOTION FOR COPY OF</u>
<u>COURT'S ORDERS AND STATE'S PLEADINGS</u>

Applicant, CLEO CHESTER McGREW JR., pursuant to the provisions of Art. 11.07 § 7 of Tex. Code Crim. Proc. and in conjunction of the U.S. Const. Amend. XIV, files this motion for a copy of the Court's Orders and State's pleadings filed in this instant habeas case.

The District Clerk for this Court did not forward by U.S. mail or personally deliver to applicant a copy of any order this Court entered in this habeas case, and as well as -- did not send him a copy of any of the legal pleadings the State filed in this case. However, the District Clerk has a ministerial duty to send the applicant a copy of all motions and pleadings filed by the State and the Court's Orders

3

entered in this habeas case. But nevertheless, the District Clerk has wholly failed to perform her ministerial duty in accordance with Act 11.07 § 7 of Tex. Code Crim. Proc.. See Tex. Code Crim. Proc., Act. 11.07 § 7.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion is granted and the District Clerk be so ordered to send him a copy of all legal pleadings filed by the State and orders entered by this Court.

Respectfully submitted,

*Cleo Chester McGrew*

CLEO CHESTER McGREW JR.
Applicant -- Pro se
TDCJ # 936545
3695 FM 3514- LeBlanc Unit
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

I certify that a true and correct pled of the foregoing pleading was forwarded by U.S. mail to Robert E. Bell Jackson County's District Attorney on this 26th day of March, 2015.

*Cleo Mc Grew*

Cleo Chester McGrew Jr.